| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Diane Princ | Telephone: (313) 226-9100 | |
| | Special Agent: Christopher Pennisi | Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Jordan Gabriel Giacona

Case No.  Case: 2:22−mj−30398
Assigned To : Unassigned
Assign. Date : 9/16/2022
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2021 through August 2022__ in the county of __Macomb and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Transmitting Threats in Interstate Commerce |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Christopher S. Pennisi, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 15, 2022

_Judge's signature_

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher S. Pennisi, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) for seventeen years, and am currently assigned to the Violent Crime Squad in the Detroit Division of the FBI.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3. I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4. The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

5.      This affidavit is made in support of a criminal complaint charging JORDAN GABRIEL GIACONA with transmitting in interstate commerce a communication containing threats to injure the person of another, in violation of 18 U.S.C. § 875(c).

## PROBABLE CAUSE

A.   **Background of the Investigation**

6.      Adult Victim GW is a music performer who resides in the Los Angeles, California area.

7.      On March 17, 2022, GW reported to the Los Angeles Police Department that, for more than a year, he had been receiving numerous threatening calls, texts, and tweets from a person later identified as JORDAN GABRIEL GIACONA.

8.      These threats began to concern GW on January 23, 2021, when GW received a message on his social media account on Twitter. The message was from user @JoJollyG and stated, "I will shoot up your show at St. Andrews Hall. And I will blow up your first show in Texas in a similar style to the explosion from V for Vendetta." GW was in fact scheduled to perform on September 21, 2021 at St. Andrews Hall in Detroit, Michigan.

9. By the time the Los Angeles Police Department obtained legal process to discover the identity of the user of the @JoJollyG, it had been deleted and Twitter no longer had responsive records.

10. After January 2021 and continuing until at least August 2022, the harasser, later identified as GIACONA, began increasing contact with GW via text messages on GW's telephone and social media accounts, including Twitter.

11. GIACONA would repeatedly message the victim until the account he was using was suspended by the social media company for violating the company's permissible use policies. This would not stop GIACONA from contacting GW, however. He would simply create another account and continue messaging GW.

12. Once GIACONA began messaging GW about murdering and killing GW, GW started the process for obtaining a restraining order against GIACONA from the Stanley Mosk Courthouse in Los Angeles, California. A temporary order was issued on March 16, 2022 and a permanent order on April 7, 2022. GIACONA was served with both via U.S. mail at 2**** Ascot Drive, Macomb, MI 48044.

13. On March 10, 2022, GW's manager emailed a cease and desist letter to jgiacona**@gmail.com -- an email account with which the manager had previously communicated in connection with the threats -- directing him to cease

contact with GW. The next day, GW's manager received a response email from that account stating, "Yeah I got you."

15. After jgiacona**@gmail.com was served with the cease and desist letter, GW began receiving threats of violence via text on his personal phone, ending in -XX73

15. Whenever he received such a text message, GW would block the number they were sent from, but the threats would continue from another telephone number. This cycle repeated numerous times.

**B.   Text Message Threats**

16. Specifically, since March of 2022, ten different telephone numbers were used to threaten GW: 313-XXX-6624, 313-XXX-3923, 415-XXX-5845, 303-XXX-6457, 313-XXX-5011, 405-XXX-6636, 313-XXX-3178, 303-XXX-0669, 313-XXX-2671, and 415-XXX-0642.  GW received each of these messages while in California.  All ten phone numbers were later revealed to have been created by JORDAN GIACONA.  A summary of representative threatening text messages from GIACONA to GW using four of these phone numbers is set forth below.

17. Specifically, on March 12, 2022, using phone number 313-XXX-6624, starting at 1:38 p.m. Pacific time, GIACONA texted GW numerous times, including:

- "NOW IM GOING TO FUCJING MESSAGE YOU UNTIL YOU UNDERSTAND.  YOU DO NOT

FUCJING CINTACT MY FAMILY I WILL KILL YOU."

18. On March 15, 2022, using phone number 313-XXX-5011 and beginning at 5:04 a.m. Pacific time, GIACONA texted GW numerous times, including the following threats:

- "FUCKING POCKET CHANGE ILL FUCKING MIRDER YOU"

- "I WILL FUCK YOU UP SO FUCKING BAD"

- "FUCK YOU UP"

- "I WILL FUCK YUOU UP. IDC IF IT KILLS YOU"

- "I WILL KILL EVERY FUCKING ONE OF YOU"; "EVERY. FUCKING ONE"; "AND I WILL FOLLOW YOUR KIDS IN EVERYTHINF TJY DO"; "EVERY TIME THEY STEP OUTSIDE THEY WILL BE BEATEN TO SHIT. SO THAT THEY NEVER FUCKING WILL STICK THEIR STUPID FUCKING [VICTIM'S LAST NAME] HEADS UP"

- "IWILL GRAB YOU AND KILL UOU" and

- "I WILL KILL EVERYO E WHO HAS EVER HELPED YOU."

19. Also on March 15, 2022, at approximately 9:04 p.m. Pacific time, using phone number 313-XXX-3178, GIACONA texted GW, "Ill fucking kill everyone you taught anything."

5

20. On April 11, 2022, from telephone number 313-XXX-2671, at approximately 6:06 a.m. Pacific time, GIACONA texted GW:

- "ILL KILL YOUR PARENTS YOU FUCKING RETARD ILL FUCKING KILL THEM BEFORE YOU" and

- "ILL KILL YOUYOU GAY LOSER. YOU ACTUAL FAT AND GAY FUCKING OLD MAN ILL SLAUGHTER EVERYONE OF YOU KILL KILL YOUR FUCKING FAMILIES."

21. On April 18, 2022, using the same number, GIACONA texted GW at approximately 11:03 a.m. Pacific time: "I swear i will murder all of you and your familied"; "I'LL FUCKUNG RAPE YOUR FUCKING DAIGHTER"; "I'LL KILL ALL HER FRIENDS. ILL TAKE A LIMB FOR EACH OF HER HOMES I BURN." At approximately 5:41 p.m. that same day, GIACONA texted, "Im going to kill you. Im going to kill you imgoing to kl uou im going to kill you OM GOING TO KILL YOU…."

22. Pursuant to results of a search warrant issued by the Clara Shortridge Foltz Criminal Justice Center, the service providers for the ten telephone numbers (313) XXX-3923, (415) XXX 5845, (303) XXX-6457, (405) XXX-6636, (313) XXX-3178, (313) XXX-2671, (415) XXX-0642, (313) XXX-5011 and (303) XXX-0669 revealed that they were all created by someone with the contact phone number, 313-XXX-6624.

6

23. Law enforcement databases indicated that the service provider for the 313-XXX-6624 number was T-Mobile. A subsequent search warrant issued by the Clara Shortridge Foltz Criminal Justice Center on March 30, 2022 and sent to T-Mobile revealed that the subscriber for that phone number is GIACONA's mother.

24. The LAPD interviewed GIACONA's mother telephonically wherein she confirmed that she is GIACONA's mother and stated that Jordan GIACONA uses the 313-XXX-6624 phone number.

25. 313-XXX-6624 is also the phone number that JORDAN GIACONA used to call a Detective at the Los Angeles Police Department after being contacted in connection with this investigation.

**C.  Twitter Threats**

26. In addition to text messages, GIACONA used various Twitter accounts to send GW threatening messages, including @giaconajordan, @guyacona and @paul_mods. GW received these all of these threats while residing in California. As herein described, all of the Twitter threats were later determined to have been sent by GIACONA. A summary of representative threatening messages from GIACONA to GW from these Twitter accounts is set forth below.

27. Specifically, on January 4, 2022, GW received a message on his Twitter account, @GWXXXXXXX from @giaconajordan that stated, "Im still ****

your family @gwXXXXXX regardless. Now" "IT STREZSES ME OUT. IS WHAT IT DOES. KILLING. YOU. FIXES IT…."

28. On February 10, 2022, Twitter account @guyacona tweeted GW, "There is nothijf else that wpuld make me wait. @gwXXXXXX that's why i kill. Because of the charge."

29. On March 27, 2022 the same account tweeted the following:

- "F****** YEARS AND YOU MADE A STUP*** FAKE A** BS RESTRAINING ORDER ILL ***** MURD** YOU @gwXXXXXX""YOU RHINED MY F**** LIFE ILL F**** MURD*** YOURE ENTIRE F**** FAMILY WELCOME TO THE FAMILY WELCOME TK FAMILY F***"

- "YOU I F***K TF OUT OF ALL OF YIU H DUMB F**** LFU** LOSE F*** JLL K*** YOU @gwXXXXXX" and

- "EVERY F***** DAY FORNYEARS I DKNT OWE U SHIT GIVE ME ALL UR F**** MONEY IDGAG ILL F*** K*** YOU F*** MUR**( YOU IDGAF IL ( K** ILL K**** IL* K*** YKU @gwXXXXXX".

30. Pursuant to a subpoena, Twitter provided information about the three accounts contacting the victim.

31. Twitter account @GiaconaJordan was created on January 10, 2022 by the user of Internet Protocol address 24.128.151.169 who used an account display name of Jordan GIACONA and an email address of jgiacona**@gmail.com.

8

32. Twitter account @guyacona was created on February 10, 2022, by the user of Internet Protocol address 24.128.151.169 who used an account display name of Jordan GIACONA and the email address ***giacona@outlook.com.

33. Twitter account @paul_mods was created on March 23, 2022, by the user of Internet Protocol address 24.128.151.169.

34. On Tuesday May 17, 2022, Comcast provided results to a search warrant revealing that IP Address 24.128.151.169 was assigned to address 2**** Ascot Drive, Macomb, MI 48044, at the time of the creation of all three Twitter accounts.

**D.      Interview of Jordan GIACONA**

35. On August 4, 2022, I interviewed GIACONA at 2**** Ascot Drive. During that interview, GIACONA made the following admissions:

   a. He identified 2**** Ascot as his residence for the last few years.

   b. He admitted that he has used and continues to use the email address jgiacona**@gmail.com.

   c. He admitted to sending victim GW communications on various internet platforms and had set up online computer applications to automatically text GW.

   d. He stated that he contacted GW because he (GIACONA) was upset that GW did not respond to GIACONA after GIACONA sent GW information he thought was interesting. GIACONA felt cheated due to GW's failure to reply and wanted other people to see how he had treated GW. As a result, GIACONA began contacting GW repeatedly.

9

## CONCLUSION

36. Based on the above information, probable cause exists that JORDAN GABRIEL GIACONA transmitted in interstate commerce a communication containing threats to injure the person of another, in violation of 18 U.S.C. § 875(c).

37. In consideration of the foregoing, I respectfully request that this Court issue a complaint against GIACONA for violation of 18 U.S.C. § 875(c).

38. Further in consideration of the foregoing, I respectfully request that this Court issue an arrest warrant for GIACONA for violation of 18 U.S.C. § 875(c).

Respectfully submitted,

_____
Christopher S. Pennisi, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: September 15, 2022